AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
JUL 1 5 2010
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| vs. | (For **Revocation** of Probation or Supervised Release) |
| STEPHEN J. HIPPLE | CASE NUMBER: 3:06-cr-00011-HDM-VPC |
|  | USM NUMBER: 41083-048 |
|  | Vito De La Cruz, AFPD |
| **THE DEFENDANT**: | DEFENDANT'S ATTORNEY |

(XX)   admitted guilt to violating condition as contained in Paragraph 2 of [66] Petition filed 8/24/09 (as modified verbally on 7/8/10 in open Court – See [79] Minutes) of the term of supervision.

( )    was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Paragraph 2 of [66] Petition (as modified 7/8/10) | Shall not commit another federal, state, or local crime | 7/3/09 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( )    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) of conditions.

( )    Paragraphs _____ dismissed on motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material changes in economic circumstances.

July 8, 2010
Date of Imposition of Judgment

/s/ Howard D. McKibben
Signature of Judge

HOWARD D. McKIBBEN,
SENIOR U.S. DISTRICT JUDGE
Name and Title of Judge

July 15, 10
Date

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
       Sheet 2 - Imprisonment

| DEFENDANT: | STEPHEN J. HIPPLE | Judgment - Page 2 |
| CASE NUMBER: | 3:06-cr-00011-HDM-VPC | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Two (2) Months with credit for time in federal custody.**

( )   The court makes the following recommendations to the Bureau of Prisons:

(XX)  The defendant is remanded to the custody of the United States Marshal.

( )   The defendant shall surrender to the United States Marshal for this district:
      ( )   at _____ a.m./p.m. on _____
      ( )   as notified by the United States Marshal.

( )   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      ( )   before 2 p.m. on _____
      ( )   as notified by the United States Marshal.
      ( )   as notified by the Probation of Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

      Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                                 _____
                                                 UNITED STATES MARSHAL

                                                 BY: _____
                                                      Deputy U.S. Marshal

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
       Sheet 3 - Supervised Release

DEFENDANT: STEPHEN J. HIPPLE                                          Judgment - Page __3__
CASE NUMBER: 3:06-cr-00011-HDM-VPC

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **Eight (8) Months**. **Further, after Three (3) Months on Supervised Release, the Defendant may petition the Court for termination of any remaining supervision.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.
The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 drug tests annually. Revocation is mandatory for refusal to comply.

( )   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
(XX)  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
(XX)  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
( )   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq*.) As directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides., works, is a student, or was convicted of a qualifying offense. (Check, if applicable.)
( )   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 12/07) Judgment in a Criminal Case for Revocations
    Sheet 3A   - Supervised Release

| | | |
|---|---|---|
| DEFENDANT: | STEPHEN J. HIPPLE | Judgment - Page __4__ |
| CASE NUMBER: | 3:06-cr-00011-HDM-VPC | |

## SPECIAL CONDITIONS OF SUPERVISION

1.     Possession of Weapon - The defendant shall not possess, have under his control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state or local law.

2.     Warrantless Search - The defendant shall submit to the search of his person, and any property, residence, or automobile under his control by the probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant to ensure compliance with all conditions of release.

3.     Home Confinement With Location Monitoring - Upon discharge from custody, the defendant shall be confined to home confinement with location monitoring for a period of two (2) months. The defendant shall pay 100% of the costs of the location monitoring services.

4.     Substance Abuse Treatment - The defendant shall participate in and successfully complete a substance abuse treatment and/or cognitive based life skills program, which will include drug/alcohol testing, and/or outpatient counseling, as approved and directed by the probation office. The defendant shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants while participating in substance abuse treatment. Further, the defendant shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon the defendant's ability to pay.

5.     Alcohol Abstinence - The defendant shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants.

6.     Debt Obligation - The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts, without the approval of the probation officer.

7.     Access to Financial Information - The defendant shall provide the probation officer access to any requested financial information, including personal income taxes, authorization for release of credit information, and any other business financial information in which the defendant has a control or interest.

8.     Report to Probation Officer After Release from Custody - The defendant shall report in person to the probation office in the District to which the defendant is released within 72 hours of release from custody.