1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                          **DISTRICT OF NEVADA**
10
11  UNITED STATES OF AMERICA,        )    3:06-cr-00011-HDM-VPC
                                     )
12              Plaintiff,           )
                                     )    ORDER
13  vs.                              )
                                     )
14  STEPHEN J. HIPPLE,               )
                                     )
15              Defendant.           )
    _____)
16
       The motion of the defendant for the appointment of the Federal
17
    Public Defender as his attorney of record is granted for the
18
    limited purpose of representing him on his motion for early
19
    termination of supervised release.
20
       IT IS SO ORDERED.
21
       DATED: This 19th day of January, 2011.
22
23                          _____
24                                Howard D. McKibben
                                UNITED STATES DISTRICT JUDGE
25
26
27
28