UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:06-cr-00011-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| STEPHEN J. HIPPLE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The defendant has filed a motion for early termination of supervised release (#81).  To the extent the government wishes to respond to the motion, such response shall be filed on or before February 2, 2011.  The court requests that the probation department also file a report responding to the defendant's motion for early termination of supervised release prior to the hearing on the motion on February 3, 2011, at 11 a.m.

IT IS SO ORDERED.

DATED: This 19th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE